UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOKELLIER T. WHEATON | * | CIVIL ACTION |
| VERSUS | * | NO: 07-1084 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | SECTION: "D"(3) |

ORDER AND REASONS

Before the court is the **"Motion to Remand"** (Doc. No. 19) filed by Defendant, the Commissioner of Social Security, who moves the court to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g). Defendant represents that remand to the Administrative Law Judge (ALJ) is warranted for the ALJ to reconsider Plaintiff's subjective complaints and credibility. The Assistant United States Attorney has represented to this court that the Plaintiff, through Plaintiff's counsel, does not oppose this motion. Accordingly;

**IT IS ORDERED** that the underlying decision of the ALJ be and is hereby **REVERSED**,[1] that Defendant's unopposed "M**otion to Remand" (Doc. No. 19)** be and is hereby **GRANTED**, and this matter be and is hereby **REMANDED** to the ALJ.

New Orleans, Louisiana, this **5th** day of **March**, **2008**.

_____
A. J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[1] Language either "affirming, modifying, or reversing" the ALJ's decision must be incorporated in an order or judgment when a case is remanded pursuant to sentence four of 42 U.S.C. §405(g).